**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-10938
_____


SANDRA K. LANIER,

Plaintiff-Appellant,

VERSUS

DALLAS AREA RAPID TRANSIT,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:95-CV-3084-DES)
_____

September 8, 1998

Before REAVLEY, DAVIS and DUHÉ, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.